```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

SAMUEL DAVIS, :
:
    Plaintiff, :
:
vs. :
: CIVIL ACTION 12-0620-M
CAROLYN W. COLVIN, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Samuel Davis.

DONE this 17th day of June, 2013.

                                                <u>s/BERT W. MILLING, JR.</u>
                                                UNITED STATES MAGISTRATE JUDGE